UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
JUL 17 2003
Michael N. Milby
Clerk of Court

| | |
|---|---|
| WENCESLADO SALINAS-ALANIS ) | |
| ) | |
| v.   ) | C.A. No. B-03-076 |
| ) | |
| AARON CABRERA, ACTING DIRECTOR ) | |
| INS HLG/DO, and ) | |
| PHILIP D. TUTAK, INTERIM DISTRICT ) | |
| DIRECTOR FOR INTERIOR ENFORCEMENT, ) | |
| DEPARTMENT OF HOMELAND SECURITY. ) | |
| ) | |

**PETITIONER'S UNOPPOSED MOTION TO HOLD IN ABEYANCE PENDING RESOLUTION OF THE SERIES HEADED BY *SALAZAR-REGINO v. TROMINSKI***

Wenceslado Salinas-Alanis, (Mr.Salinas"), through the undersigned, files the instant unopposed motion to hold in abeyance all proceedings in the case at bar, including Petitioner's response to the Respondents' Motion to Dismiss, pending final resolution of the series of cases headed by *Salazar-Regino v. Trominski*, C.A. B-02-045 (S.D.Tx pending).

The undersigned has consulted with Lisa Putnam, counsel for Respondents. They have agreed that, although the instant case presents an issue not present in the others, [1] that it would be in the interests of all concerned to reserve briefing and adjudication of this issue unless and until it is determined that the success of Mr. Alanis' petition will stand or fall on that ground.

WHEREFORE, it is respectfully urged that all further proceedings in

---

[1] Specifically, the case at bar presents the issue reserved by the Fifth Circuit in *Brown v. INS*, 856 F.2d 728,731,n.5 (5th Cir. 1988), as to whether his "domicile" became lawful as of the date he filed his application for adjustment of status. The parties have agreed to disagree on this point, which would be mooted, should the Petitioner in *Salazar-Regino* lose on other grounds.

the case at bar be held in abeyance until *Salazar-Regino* has been fully and finally resolved, and that Petitioner be given a reasonable period of time thereafter in which to respond to motion to dismiss filed by Respondents herein.

Respectfully Submitted,

*[signature]*

Lisa S. Brodyaga, Attorney
17891 Landrum Park Road
San Benito, TX 78586
(956) 421-3226
(956) 421-3423 (fax)
Fed. ID. 1178
Texas Bar 03052800

## CERTIFICATE OF SERVICE

I, Lisa S. Brodyaga, hereby certify that a copy of the foregoing, with proposed Order, was mailed, first-class postage prepaid, to the office of Lisa Putnam, SAUSA, at P.O. Box 1711, Harlingen, Texas, 78551, this 16th day of July, 2003.

*[signature]*