AO 440 (Rev. 1/80) Summons in a Civil Action

A. CABRERA                         **RETURN OF SERVICE**    CAB-03-76

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 5/9/03 |
| NAME OF SERVER (PRINT) Lisa S. Brodyaga | TITLE Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _____ GUARDIAN for A. Cabrera _____

United States District Court
Southern District of Texas
FILED
JUL 17 2003
Michael N. Milby
Clerk of Court

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/15/03
         Date                Signature of Server

Address of Server

Lisa Brodyaga, Attorney
REFUGIO DEL RIO GRANDE
17891 Landrum Park Road
San Benito, Texas 78586

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.