UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
AUG 0 4 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

WENCESLADO SALINAS-ALANIS )
)
v. ) C.A. No. B-03-076
)
AARON CABRERA, and )
PHILIP D. TUTAK, )
)

ORDER GRANTING

PETITIONER'S UNOPPOSED MOTION TO HOLD IN ABEYANCE PENDING
RESOLUTION OF THE SERIES HEADED BY *SALAZAR-REGINO v. TROMINSKI*

Upon consideration of the unopposed motion filed by Petitioner Wenceslado Salinas-Alanis, to hold in abeyance all proceedings in the case at bar, including Petitioner's response to the Respondents' Motion to Dismiss, pending final resolution of *Salazar-Regino v. Trominski*, C.A. B-02-045 (S.D.Tx pending), and good cause appearing therefor:

IT IS HEREBY ORDERED that said motion be, and hereby is, GRANTED.

IT IS FURTHER ORDERED that all proceedings in the case at bar, including Petitioner's response to the Respondents' Motion to Dismiss, shall be, and the same hereby are, held in abeyance until such time as the series of cases headed by *Salazar-Regino v. Trominski*, C.A. B-02-045 (S.D.Tx pending) is finally resolved, and until further Order of this Court.

DONE at Brownsville, Texas,
this 4th day of August, 2003