IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| WENCESLADO SALINAS-ALANIS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | C.A. No. B-03-076 |
| ) | |
| AARON CABRERA, ACTING ) | |
| INS HLG/DO, and ) | |
| PHILIP D. TUTAK, ) | |
| INTERIM DISTRICT ) | |
| DIRECTOR FOR INTERIOR ) | |
| ENFORCEMENT, DEPARTMENT ) | |
| OF HOMELAND SECURITY, ) | |
| ) | |
| Respondents. ) | |

**ORDER TO TRANSFER**

The Respondents' opposed motion to transfer is **GRANTED.** This case is transferred to the United States Court of Appeals for the Fifth Circuit pursuant to Pub. L. No. 109-13, 119 Stat. 231, §106. The Clerk shall transmit the file forthwith.

Dated this _____ day of _____, 2005.

_____
United States District Court Judge