IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

| | |
|---|---|
| WENCESLADO SALINAS ALANIS,<br>    Petitioner,<br><br>VS.<br><br>AARON CABRERA, ACTING INS HLG/DO, and PHILIP D. TUTAL, INTERIM DISTRICT DIRECTOR FOR INTERIOR ENFORCEMENT, DEPARTMENT OF HOMELAND SECURITY,<br>    Respondents. | §<br>§<br>§<br>§<br>§   CIVIL ACTION NO. B-03-076<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

On August 10, 2005, Respondents filed their Opposed Motion to Transfer this case to the United States Court of Appeals for the Fifth Circuit pursuant to Pub. L. No. 109-13, 119 Stat. 231, §106. Although the motion is opposed, Petitioner has not filed his Notice of Opposition or brief in support thereof. After due consideration and in the absence of Petitioner's arguments, the Court finds Respondent's motion meritorious.

It is hereby ORDERED that Respondent's Motion to Transfer (Docket No. 9) be GRANTED and the Clerk shall transmit the file to the Fifth Circuit Court of Appeals.

DONE at Brownsville, Texas, this 30th day of September, 2005.

_____
John Wm. Black
United States Magistrate Judge