**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
OFFICE OF THE CLERK
600 E. HARRISON ST., #101
Brownsville, Texas 78520

MICHAEL N. MILBY, Clerk

October 14, 2005

United States District Court
Southern District of Texas
FILED

NOV 16 2005

Michael N. Milby
Clerk of Court

COPY

Mr. Charles R. Fulbruge, III, Clerk
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102
New Orleans, Louisiana 70130

Re: **Wenceslado Salinas Alanis**

vs.   **05-61013**

**Aaron Cabrera, et al.**

**CA B-03-076**

Dear Sir:

Pursuant to Administrative Order in accordance with the REAL ID Act dated July 8, 2005, issued by the United States Court of Appeals for the Fifth Circuit, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[X] Certified copy of the Order transferring the case and docket entries.

[X] Record consisting of __1__ Volume(s) of the record; __0__ Volume(s) of the transcript;

[ ] Other:_____

[X] U.S. Magistrate Judge entering the order transferring this case is:_____
     **John Wm Black**

[ ] Court reporter assigned to this case is_____

[X] This case was transferred without a hearing, and, therefore, there will be no transcript.

Very Truly Yours,

MICHAEL N. MILBY, CLERK

BY: _Perez_
Maricela Perez, Deputy Clerk

cc:   File